# Richmond.

NEWPORT NEWS LIGHT & WATER COMPANY v. PENINSULAR PURE WATER CO. (No. 2.)

January 16, 1908.

This case is controlled by *Newport News Light & Water Co. v. Peninsular Pure Water Co.,* (No. 1), *ante* p. 695.

Appeal from State Corporation Commission.

*Affirmed.*

*R. G. Bickford* and *Batchelor & Phillips,* for the appellant.

*S. Gordon Cumming,* for the appellee.

BUCHANAN, J., delivered the opinion of the court.

This case was argued with the case of *Newport News Light and Water Co.* v. *Peninsular Pure Water Co., No.* 1. As the question involved in both cases is the same, the order appealed from in this case is affirmed, for the reasons stated in the opinion of the court in the other cause, and this day filed.

*Affirmed.*